UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANNA BOTZ, f/k/a
Anna Hollenkamp,

Civil No. 00-2277 (RHK/JMM)

Plaintiff,

v.

**AMENDED** ORDER FOR
PRETRIAL CONFERENCE

OMNI AIR INTERNATIONAL,

Defendant.

TO: Plaintiff above named and to Jonathan G. Steinberg, Esq., Chrastil & Steinberg, 1155 Grain Exchange, 412 South Fourth Street, Minneapolis, MN 55415, attorneys for Plaintiff;

Defendant above named and to Patricia A. Burke, Esq., Rider, Bennett, Egan & Arundel, 2000 Metropolitan Center, 333 South Seventh Street, Minneapolis, MN 55402; J. Ronald Petrikin, Esq., Conner & Winters, 2700 First Place Tower, 15 East Fifth Street, Tulsa, OK 74103; Jonathan J. Hegre, Esq., Hegre Law Office, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402, attorneys for Defendant.

IT IS HEREBY ORDERED that counsel for Plaintiff shall cause a copy of this Order to be served upon any other parties or counsel not listed above.

DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held on **December 6, 2000 at 9:30 a.m.** before Magistrate Judge John M. Mason in chambers at Room 610, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

Dated: November 20, 2000

JOHN M. MASON
United States Magistrate Judge

Filed NOV 21 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______