# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Anna Botz, f/k/a Anna Hollenkamp — Case No. Civil 00-2277RHK/JMM

v. — **JUDGMENT IN A CIVIL CASE**

Omni Air International

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss is **GRANTED**; and plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

DATE: January 19, 2001

FRANCIS E. DOSAL, CLERK

______________________________

Denise La Fond, Deputy Clerk